## 65814. STREET v. DOUGLAS COUNTY ROAD DEPARTMENT et al.

MCMURRAY, Presiding Judge.

After plenary consideration of this matter it is not found to satisfy the criteria for granting the discretionary appeal. The order granting the application is therefore vacated and the appeal is accordingly dismissed.

*Appeal dismissed. Shulman, C. J., and Birdsong, J., concur.*

DECIDED FEBRUARY 25, 1983.

*Peter M. Blackford,* for appellant.

*H. Michael Bagley, John A. Ferguson, Jr.,* for appellees.